**United States Bankruptcy Court**
**Central District Of California**

| In re:<br>Theodore Enriquez Jr.<br>Jennine May Enriquez | CHAPTER NO.: 7 |
|---|---|
| | CASE NO.: 6:10–bk–33957–CB |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases required by Local Rule 1015–2.
☒ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. §342(b); Local Rule 1002–1(g)]
☒ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002–1(g)]
☒ Declaration of Attorney's Limited Scope of Appearance. [Local Rule 2090–1(a); 1002–1(g)]
☒ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4).
☒ Exhibit D
☒ Debtor's Certification of Employment Income
☒ Statement of Social Security Number(s) Form B21
X   Addendum to Voluntary Petition
X   Declaration of Electronic Filing

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

      Chapter 7     1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

      3420 Twelfth Street, Riverside, CA 92501–3819

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: July 29, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Andrea Gonzalez**
    **Deputy Clerk**