| | |
|---|---|
| | **United States Bankruptcy Court**<br>**Central District Of California** |
| In re:<br>Theodore Enriquez Jr.<br>Jennine May Enriquez | CHAPTER NO.: 7 |
| | CASE NO.: 6:10−bk−33957−CB |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
# AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

- ☐ Schedule A
- ☐ Schedule B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☑ Stmt. of Fin. Affairs
- ☑ Statement − Form 22A

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007(c), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)    File the above−referenced documents and the proper number of copies [Local Bankruptcy Rule 1002−1]:

       Chapter 7    1 Original and 1 Copy

**OR**

(2)    File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**
Dated: <u>July 29, 2010</u>

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Andrea Gonzalez</u>**
    **Deputy Clerk**

mdeforco − Revised 12/2009                                           **3 − 1 / AGG**

# CERTIFICATE OF NOTICE

```
District/off: 0973-6          User: agonzalez              Page 1 of 1                  Date Rcvd: Aug 03, 2010
Case: 10-33957                Form ID: mdeforco            Total Noticed: 1

The following entities were noticed by first class mail on Aug 05, 2010.
db/jdb        +Theodore Enriquez, Jr.,    Jennine May Enriquez,    13007 Camino Del Oro Way,
                Victorville, CA 92394-3711
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2010                      Signature:  *Joseph Speetjens*